**ORIGINAL**

RATTET, PASTERNAK & GORDON OLIVER, LLP
Attorneys for Debtor/Plaintiff Arrow Seafoods, Inc.
550 Mamaroneck Avenue, Suite 510
Harrison, New York 10528
(914) 381-7400
Robert L. Rattet (RR-2947)
Jonathan S. Pasternak (JP-6107)
Julie A. Cvek (JC-9171)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

Arrow Seafoods, Inc.,

             Debtor.
---------------------------------------------------------------X
Arrow Seafoods, Inc.,

             Plaintiff,

    -against-

Chenonceaux, Inc. d/b/a Portier Fine Foods,

             Defendant.
---------------------------------------------------------------X

08 CIV. 1325
JUDGE CONNER

United States Bankruptcy Court - SDNY
Case No. 06-12790

Index No. 15331/07
(Supreme Court of the State of New York – Bronx County)

08 CV _____

### NOTICE OF REMOVAL PURSUANT TO FED.R. BANKR.P. RULE 9027(c)

**PLEASE TAKE NOTICE**, that the attached Notice of Removal was filed February 4, 2008 in the United States District Court for the Southern District of New York. Pursuant to Fed.R. Bankr.P. Rule 9027(c) the parties shall proceed no further in this Court unless and until this matter is remanded.

Dated: Harrison, New York
    February 11, 2008

             RATTET, PASTERNAK & GORDON OLIVER, LLP
             Attorneys for the Debtor/Plaintiff Arrow Seafoods, Inc.
             550 Mamaroneck Avenue
             Harrison, New York 10528
             (914) 381-7400

             By: _____
               Julie A. Cvek (9171)